IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-CR-00037-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOSEPH ANTWAN FAULK | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's letter-motion, (Doc. No. 36), alleging he has overpaid his special assessment and restitution. The Court previously ordered that funds from his inmate trust account could be used to satisfy his financial obligations. (Doc. No. 34: Order).

Local Criminal Rule 47.1(D) provides that the government is not required to respond to pro se motions unless ordered by the Court.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the motion within thirty (30) days of the entry of this Order.

Signed: February 5, 2024

Robert J. Conrad, Jr.
United States District Judge