# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:21-cr-00037-RJC-DCK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ) | |
| **JOSEPH ANTWAN FAULK,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

Defendant in this action submitted a Motion [Doc. 47] which underwent screening review. On screening review, it appeared that Defendant may be seeking relief under 28 U.S.C. § 2255. Defendant, however, failed to submit his motion on the proper form or sign his motion under penalty of perjury. On July 8, 2024, the Court, therefore, ordered Defendant to submit his motion on the proper Section 2255 form within 21 days of the Court's Order, and the Clerk sent Defendant a blank Section 2255 form for this purpose to Defendant's address of record. [Doc. 45; 4/25/2024 (Court Only) Docket Entry]. On August 8, 2024, the Court's Order and the blank Section 2255 form were returned as undeliverable. [Doc. 49]. Defendant has not updated his address with the Court. Because the deadline to submit his Section 2255 motion on the proper form has passed and Defendant has failed to comply or update his address with the Court as required by the Standing Order in this case, the Court will deny and dismiss Defendant's motion without prejudice.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion [Doc. 47] is **DENIED** and **DISMISSED** without prejudice.

The Clerk is respectfully instructed to update the docket accordingly.

**IT IS SO ORDERED.**

Signed: August 14, 2024

Robert J. Conrad, Jr.
United States District Judge

2